Per Curiam.
Affirmed . See Hart v. State , 246 So. 3d 417 (Fla. 4th DCA 2018) (en banc). As we did in Hart , we again certify conflict with Cuevas v. State , 241 So. 3d 947 (Fla. 2d DCA 2018) ; Blount v. State , 238 So. 3d 913 (Fla. 2d DCA 2018) ; Mosier v. State , 235 So. 3d 957 (Fla. 2d DCA 2017) ; Alfaro v. State , 233 So. 3d 515 (Fla. 2d DCA 2017) ; and Burrows v. State , 219 So. 3d 910 (Fla. 5th DCA 2017).
Warner, Taylor and Damoorgian, JJ., concur.